# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** PETRUCELLI Appellant

v.  **Case No:** 20-5339

DOJ (BOP, EOUSA, OIG) Appelle

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

[X] Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae

John Petrucelli - Pro Se

Names of Parties                                Names of Parties

### Counsel Information

Lead Counsel: ___

Direct Phone: (___) ___-___   Fax: (___) ___-___   Email: ___

2nd Counsel: ___

Direct Phone: (___) ___-___   Fax: (___) ___-___   Email: ___

3rd Counsel: ___

Direct Phone: (___) ___-___   Fax: (___) ___-___   Email: ___

Firm Name: ___

Firm Address: ___

Firm Phone: (___) ___-___   Fax: (___) ___-___   Email: ___

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)



INMATE NAME/NUMBER: John Petrocelli Menn reg# 53297-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD 2000
P.O. BOX 3000
WHITE DEER, PA 17887

United States Court of Appeals
District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave. N.W.
Washington, D.C. 20001-2866